13-14-00006-cr
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/4/2015 11:55:15 AM
Accepted 9/10/2015 9:20:21 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## FORMERLY ON APPEAL
## CT. APP. 13-14-00006-CR
## &
## 13-14-00007-CR

FILED IN
COURT OF CRIMINAL APPEALS

September 10, 2015

ABEL ACOSTA, CLERK

## RAUL GARZA SALAZAR, APPELLANT
## V.
## THE STATE OF TEXAS, APPELLEE
## ON APPEAL FROM:

------------------------------------------------------------------------------------------------

## THE 445TH DISTRICT COURT
## OF CAMERON COUNTY, TEXAS
## CAUSE NO. 2013-DCR-1700
## & 2013-DCR-1701

**************************************************************

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW; TEX.R.APP.P.4.5(c)(3)

**************************************************************

## A. INTRODUCTION

Appellant is Raul Garza Salazar; Appelle is State of Texas.

## B. ARGUMENT & AUTHORITIES

The Court has the authority under TEX.R.APP.P.4.5(c)(3) to grant Appellant additional time to file his petition for review.

1.    The Petition for Discretionary Review is due on September 8, 2015.

2.    The length of the requested extension is 30 days, that is, until October 8, 2015.

3.    No prior extensions have been requested or granted.

4. The reason for the extension is that counsel has been unable to talk to the client. Nor has he been able to talk to client's family, who do not have a telephone. Counsel needs to talk to the client before taking further action.

## CONCLUSION AND REQUEST FOR RELIEF

The Court of Criminal Appeals should extend the time to file a Petition for Discretionary Review to October 8, 2015.

The Court of Criminal Appeals should grant this Motion and allow the time to file the Petition for Discretionary Review to begin to run on the date when the Court of Criminal Appeals grants the Motion, if it does so.TEX.R.APP.P.4.5(d).

## C. PRAYER

For these reasons, Appellant asks the Court to grant an extension of time to file the Petition for Review.

Respectfully submitted,
September 4, 2015
Law Office of Larry Warner

By:

*Larry Warner*

Larry Warner, Attorney at Law
3109 Banyan Drive, Harlingen, Texas 78550
Office: 956 230 0361  Facsimile: 1-866-408-1968
Email: **office@larrywarner.com**
State Bar of TX 20871500;
USDC, SDTX 1230(1981)
Board Certified, Criminal Law,
Texas Board Legal Specialization(1983)
Member of the Bar of the
Supreme Court of the United States(1984)
Attorney for Appellant,
Raul Garza Salazar

*Pursuant to FED. R. APP. P. 25 A, Appellant provides this certificate of service in the form required by:*

\* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \*
## CERTIFICATE OF SERVICE
\* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \*

This is to certify that a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**; **TEX.R.APP.P.4.5(c)(3)**, was sent Electronically Via EFC to the following counsel of record on September 3, 2015 the day it was filed.

LUIS V. SAENZ, Cameron County District Attorney's Office, 964 E. Harrison, Brownsville, Texas 78520. Phone (956) 544-0849. Fax (956) 544-0869. Email: **district.attorney@co.cameron.tx.us**

Respectfully submitted,
September 4, 2015
Law Office of Larry Warner

By:

Larry Warner, Attorney at Law
3109 Banyan Drive, Harlingen, Texas 78550
Office: 956 230 0361  Facsimile: 1-866-408-1968
Email: **office@larrywarner.com**
State Bar of TX 20871500;
USDC, SDTX 1230(1981)
Board Certified, Criminal Law,
Texas Board Legal Specialization(1983)
Member of the Bar of the
Supreme Court of the United States(1984)
Attorney for Appellant,
Raul Garza Salazar

*Pursuant to 5th Cir. R. 32.2.7(c), the undersigned certifies this brief complies with he type-volume limitations of 5th Cir. R. 32.2.7(b):*

\* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \*
### CERTIFICATE OF COMPLIANCE
\* \* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \*

1.    This brief complies with the type-volume limitation of FED. R. APP. P. 32(a)(7)(B) because:  this brief contains **741** words, excluding the parts of the brief exempted by FED. R. APP. P. 32(a)(7)(B)(iii).

2.    This brief uses a monospaced typeface and contains **152** lines of text, excluding the parts of the brief exempted by FED. R. APP. P. 32(a)(7)(B)(iii).

3.    This brief complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because:
this brief has been prepared in a proportionally spaced typeface using **Word Perfect X6** in **Times New Roman in font size 14pt.**

The undersigned understands a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in 5th CIR. R. 32.2.7, may result in the court's striking the brief and imposing sanctions against the person signing the brief.

Respectfully submitted,
September 4, 2015
Law Office of Larry Warner

By:

Larry Warner, Attorney at Law
3109 Banyan Drive, Harlingen, Texas 78550
Office: 956 230 0361  Facsimile: 1-866-408-1968
Email: **office@larrywarner.com**

State Bar of TX 20871500;
USDC, SDTX 1230(1981)
Board Certified, Criminal Law,
Texas Board Legal Specialization(1983)
Member of the Bar of the
Supreme Court of the United States(1984)
Attorney for Appellant,
Raul Garza Salazar